AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  6:25-mj-240 |
| ANTHONY D'MONTREZ CRAWFORD and | ) | |
| KAYTLYNN ANN CRAWFORD a/k/a | ) | |
| KAYTLYNN ANN ALDERMAN, | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____July 2024 to present_____ in the county of _____Multiple_____ in the
_____ District of _____Oregon_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1591, 2421, 2422(a), 2422(b), 2423, and 371 | Sex trafficking of children or by force, fraud, or coercion; Transport any individual in interstate or foreign commerce to engage in prostitution; Coercion or enticement to travel in interstate commerce for prostitution;  Use of mail or facility to induce or coerce an individual under 18 to engage in prostitution; Use of interstate or foreign commerce to transport a minor to engage in prostitution; and Conspiracy to commit offense |

This criminal complaint is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

/S/ Spencer J. Anderson, via Telephone
*Complainant's signature*

Spencer J. Anderson, Special Agent FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
telephone at 4:34 p.m. a.m./p.m.

Date:  August 27, 2025

*Andrew Hallman*
*Judge's signature*

City and state:  Eugene, Oregon

Andrew D. Hallman, U.S. Magistrate Judge
*Printed name and title*